

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00395-CV

HILL COUNTRY ESTATES HOMEOWNERS ASSOCIATION AND COVERED BRIDGE
PROPERTY OWNERS ASSOCIATION, INC.
v.
GREG GUERNSEY AND THE CITY OF AUSTIN

On Appeal from the
250th District Court of Travis County, Texas
Trial Cause No. D-1-GN-12-000878

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and against appellees.

We further order this decision certified below for observance.

May 7, 2015